Núm. 7717.—MÉNDEZ, aplte. v. GALARZE, apldo.—C. D. San Juan. ▬▬▬ Junio 20, 1939.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, Carmen Méndez de Galarze inició este pleito en solicitud de que la Corte declarara roto y disuelto el vínculo matrimonial que la une a Pedro Galarze por causas de trato cruel e injurias graves, oponiéndose el marido; y

POR CUANTO, celebrado el juicio la Corte de Distrito consideró la prueba insuficiente y declaró la demanda sin lugar; y

POR CUANTO, interpuesta apelación por la demandante, a fin de resolver el recurso hemos estudiado los autos y los alegatos sin que hayamos quedado convencidos de que la Corte de Distrito abusara

de su discreción al apreciar la prueba, ni de que las circunstancias concurrentes dejen de justificar la sentencia, quizá beneficiosa para la misma demandante y apelante y especialmente para las hijas habidas en el matrimonio:

POR TANTO, se declara no haber lugar al recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en noviembre 27, 1937.